UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JAMES WILCOX, NATALIA LEE, and JOHN BROWN,

                                          Plaintiffs,

-against-

CITY OF NEW YORK, JOSEPH RYAN, Individually, CORNELIUS BUCKLEY, Individually, ANDREW FAGO, Individually, ANDREW KINSELLA, Individually, RAYMOND WITTICK, Individually, and JOHN and JANE DOE 1 through 10, Individually (the names John and Jane Doe being fictitious, as the true names are presently unknown),,

                                          Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-2978 (JBW) (RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Leventhal & Klein
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
Brett H. Klein
*Attorney for Plaintiffs*

Dated: New York, New York
_____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York,
Ryan and Buckley*
100 Church Street, Rm. 3-212
New York, New York 10007

By: _____
Ryan G. Shaffer
*Assistant Corporation* Counsel

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE